**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KRISTEN MOTZER,** | x | |
| | : | **Civil Action** |
| **Plaintiff,** | : | |
| | : | **No.:** |
| **v.** | : | |
| | : | **July 24, 2012** |
| **MICHAEL ALEXANDRE and NATIONAL RAILROAD PASSENGER CORP.,** | : | |
| | : | |
| **Defendants.** | x | |

**NOTICE FOR REMOVAL**

Defendants Michael Alexandre and National Railroad Passenger Corporation d/b/a Amtrak (collectively, "Amtrak"), through their attorneys, Landman Corsi Ballaine & Ford P.C., respectfully state upon information and belief:

1. On July 2, 2012 and July 7, 2012, respectively, Amtrak and Mr. Alexandre were served with the summons and complaint in this action, which is currently pending in the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven. A copy of the Summons and Complaint is attached as Exhibit A.

2. Pursuant to 28 U.S.C. § 1441(a), this action can be removed to this Court because this Court has original jurisdiction over this action.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Amtrak was created by an Act

of Congress, 49 U.S.C. § 24101, et seq., and more than one-half of its capital stock is owned by the United States. See 28 U.S.C. § 1349.

4. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Amtrak are attached hereto at Exhibit A.

WHEREFORE, Amtrak prays that the action now pending against it in the Superior Court of the State of Connecticut in and for the Judicial District of New Haven at New Haven be removed therefrom to this Court.

Respectfully submitted,

LANDMAN CORSI BALLAINE & FORD P.C.

By: ______________________________

Andrew B. Charkow (ct27303)
Attorneys for Defendants
Michael Alexandre and National
Railroad Passenger Corporation
Offices of National Railroad
Passenger Corporation
50 Union Avenue
New Haven, CT 06519

One Gateway Center
Fourth Floor
Newark, NJ 07102
(973) 623-2700
acharkow@lcbf.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed by fax and regular mail on July 24, 2012 to all counsel of record as follows:

Barry N. Silver, Esq.
Law Offices of Alan E. Silver, P.C.
275 Orange Street
New Haven, CT 06510

Andrew B. Charkow
(ct27303)

# Exhibit A

7/9/2010

State of Connecticut
County of Hartford
Marshal Commission

## DEFENDANTS RETURN OF SERVICE

STATE OF CONNECTICUT)
) SS: NEW BRITAIN June 29, 2012
COUNTY OF HARTFORD )

THEN and by virtue hereof and by direction of the plaintiff's attorney, pursuant to provisions of C.G.S. Sec. 52-62 ( c ), I made due and legal service upon the within named defendant:

NATIONAL RAILROAD PASSENGER CORP.

by leaving a verified true and attested copy of the within original Writ, Summons, Notice and Complaint, and the required fee of $50.00, with the office of the Commission of Motor Vehicles of he State of Connecticut, at least 12 days before the session of the court to which this writ is returnable. Said Commissioner of Motor Vehicle is the duly authorized Agent and Attorney for the within named nonresident defendant.

ATTEST:

Paul A. Ruel, Jr.,
CT State Marshal
Hartford County

Received
Amtrak Law Department

Received
Amtrak Law Department
JUL 03 2012

RECEIVED
Amtrak
JUL 02 2012
ELEANOR D. ACHESON
VICE PRESIDENT, GENERAL COUNSEL AND CORPORATE SECRETARY

Received
Amtrak Law Department

Received
Amtrak Law Department

PAUL A. RUEL, JR.
State Marshal
P.O. BOX 1675 NEW BRITAIN, CT 06050 860-229-5510 OFFICE
EMail: marshalruel@comcast.net 860-224-8058 FAX

**SUMMONS - CIVIL**
JD-CV-1 Rev. 6-11
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259; P.B. Secs. 3-1 through 3-21, 8-1

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**See page 2 for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| **235 Church Street, New Haven, CT 06510** | **(203) 503-6800** | **August 14, 2012** (Month / Day / Year) |

| ☒ Judicial District ☐ Housing Session ☐ G.A. Number: | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* **New Haven** | Case type code *(See list on page 2)* Major: **V** Minor: **01** |
|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| **Law Offices of Alan E. Silver, P.C., 275 Orange Street, New Haven, CT 06510** | **057905** |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| **(203) 787-0207** | |

Number of Plaintiffs: **1** | Number of Defendants: **2** | ☐ Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: **Motzer, Kristen**<br>Address: **11 New Road, Madison, CT 06443** | P-01 |
| **Additional Plaintiff** | Name:<br>Address: | P-02 |
| **First Defendant** | Name: **Alexandre, Michael**<br>Address: **68 E. Harold Street, Hartford, CT 06112** | D-50 |
| **Additional Defendant** | Name: **National Railroad Passenger Corp., 60 Massachusetts Avenue, Washington, DC c/o As Agent For**<br>Address: **Service, Commissioner of Motor Vehicle, 60 State Street, Wethersfield, CT 06109** | D-51 |
| **Additional Defendant** | Name:<br>Address: | D-52 |
| **Additional Defendant** | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|
| [signature] | | **Barry N. Silver, Esquire** | **06/26/2012** |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

*For Court Use Only*
File Date

A TRUE COPY ATTEST:
PAUL A. RUEL JR.
Connecticut State Marshal
New Britain, CT 06050-1675
(860) 229-5510

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date |
|---|---|---|
| | | |

Name and address of person recognized to prosecute in the amount of $250
**Shirley Silver, 10 Tulip Tree Lane, Woodbridge, CT 06525**

| Signed *(Official taking recognizance; "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Date | Docket Number |
|---|---|---|---|
| [signature] | | **06/26/2012** | |

## Instructions

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *The party recognized to pay costs must appear personally before the authority taking the recognizance.*
6. *Do not use this form for the following actions:*

*(a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).*
*(b) Summary process actions.*
*(c) Applications for change of name.*
*(d) Probate appeals.*
*(e) Administrative appeals.*
*(f) Proceedings pertaining to arbitration.*
*(g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.*

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|
| **Contracts** | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| **Eminent Domain** | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| **Miscellaneous** | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 82 | Housing Civil Matters |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| **Property** | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |

| Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|
| **Torts (Other than Vehicular)** | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| **Vehicular Torts** | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| **Wills, Estates and Trusts** | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

LAW OFFICES • ALAN E. SILVER, P.C.
275 ORANGE STREET • NEW HAVEN, CONN. 06510 • (203) 787-0207 • JURIS NO. 57905

## COMPLAINT

**FIRST COUNT** (As to Michael Alexandre)

1. At all times mentioned herein, Interstate 95 Northbound was a public highway located in Guilford, Connecticut.
2. At all times mentioned herein, Interstate 95 Northbound, between Exits #57 and #58 in Guilford, Connecticut, contained two northbound lanes of travel.
3. At all times mentioned herein, the defendant, NATIONAL RAILROAD PASSENGER CORP., was the owner of a 2008 Chevrolet pick-up type truck.
4. At approximately 1:51 p.m. on July 7, 2010, the defendant, MICHAEL ALEXANDRE, was operating the 2008 Chevrolet pick-up type truck that was owned by the defendant, NATIONAL RAILROAD PASSENGER CORP., in a general northerly direction, in the left northbound travel lane of Interstate 95 Northbound, between Exits #57 and #58 in Guilford, Connecticut.
5. At all times mentioned herein, the defendant, MICHAEL ALEXANDRE, was operating the above referenced 2008 Chevrolet pick-up type truck with the permission and consent of the defendant, NATIONAL RAILROAD PASSENGER CORP.
6. At all times mentioned herein, the defendant, MICHAEL ALEXANDRE, was operating the above referenced 2008 Chevrolet pick-up type truck as the agent, servant and/or employee of the defendant, NATIONAL RAILROAD PASSENGER CORP.

LAW OFFICES • ALAN E. SILVER, P.C.
275 ORANGE STREET • NEW HAVEN, CONN. 06510 • (203) 787-0207 • JURIS NO. 57905

7. At all times mentioned herein, the defendant, MICHAEL ALEXANDRE, was operating the above referenced 2008 Chevrolet pick-up type truck within scope of his agency and employment with the defendant, NATIONAL RAILROAD PASSENGER CORP.

8. At all times mentioned herein, there was a roll of carpet-like construction material in the rear of the above referenced 2008 Chevrolet pick-up type truck that was owned by the defendant, NATIONAL RAILROAD PASSENGER CORP., and was being operated by the defendant, MICHAEL ALEXANDRE.

9. At all times mentioned herein, the plaintiff, KRISTEN MOTZER, was operating a 1998 Audi motor vehicle, bearing Connecticut Registration No. 360XDK, in a general northerly direction, in the right northbound travel lane of Interstate 95 Northbound, between Exits #57 and #58 in Guilford, Connecticut, behind the above referenced 2008 Chevrolet pick-up type truck that was owned by the defendant, NATIONAL RAILROAD PASSENGER CORP., and being operated by the defendant, MICHAEL ALEXANDRE.

10. As the defendant, MICHAEL ALEXANDRE, was operating the 2008 Chevrolet pick-up type truck that was owned by the defendant, NATIONAL RAILROAD PASSENGER CORP., on Interstate 95 Northbound in Guilford, Connecticut, at approximately 1:51 p.m. on July 7, 2010, as referred to above, the aforementioned roll of carpet-like construction material suddenly and without warning came out of the rear of said truck and landed in the right northbound travel lane of Interstate

in Guilford, Connecticut,

95 Northbound, directly in front of the 1998 Audi motor vehicle that was being operated by the plaintiff, KRISTEN MOTZER.

11. As a result of the aforementioned roll of carpet-like construction material landing in the roadway of Interstate 95 Northbound at approximately 1:51 p.m. on July 7, 2010, as referred to above, the plaintiff, KRISTEN MOTZER, was caused to take immediate evasive action, and as a result, her 1998 Audi motor vehicle was caused to spin around and strike the steel beam guardrail located on the right shoulder of said highway.

12. The direct and proximate cause of said July 7, 2010, accident and the resultant injuries and damages that were sustained by the plaintiff, KRISTEN MOTZER, as referred to below, was the carelessness and negligence of the defendant, MICHAEL ALEXANDRE, in one or more of the following ways:

a. He was operating said 2008 Chevrolet pick-up type truck at too high a rate of speed having regard to the conditions of the highway, the traffic and all the circumstances then and there exiting;

b. He was exceeding the posted speed limit;

c. He did not have said 2008 Chevrolet pick-up type truck under reasonable and proper control;

d. He failed to properly secure materials, including said roll of carpet-like construction material, on or about the aforementioned 2008 Chevrolet pick-up type truck;



LAW OFFICES • ALAN E. SILVER, P.C.
275 ORANGE STREET • NEW HAVEN, CONN. 06510 • (203) 787-0207 • JURIS NO. 57905

e. He failed to properly maintain said 2008 Chevrolet pick-up type truck;

f. He failed to inspect said 2008 Chevrolet pick-up type truck, including its contents;

g. He was not maintaining a careful lookout at said time and place;

h. He failed to sound his horn or provide any other warning to the plaintiff;

i. He was traveling unreasonably fast in violation of Connecticut General Statutes Section 14-218a;

j. He was exceeding the posted speed limit in violation of Connecticut General Statutes Section 14-218a;

k. He failed to properly secure materials, including said roll of carpet-like construction material, on or about the aforementioned 2008 Chevrolet pick-up type truck in violation of Connecticut General Statutes Section 14-271(a); and

l. He failed to properly secure materials, including said roll of carpet-like construction material, on or about the aforementioned 2008 Chevrolet pick-up type truck in violation of Connecticut General Statutes Section 14-271(b).

13. As a result of the aforementioned July 7, 2010, accident, the plaintiff, KRISTEN MOTZER, suffered the following injuries:

a. Concussion;

b. Cervical segmental dysfunction;



LAW OFFICES • ALAN E. SILVER, P.C.
275 ORANGE STREET • NEW HAVEN, CONN. 06510 • (203) 787-0207 • JURIS NO. 57905

c. Cervical kyposis;

d. Lumbar segmental joint dysfunction;

e. Myalgia;

f. Pelvic segmental dysfunction; and

g. Thoracic segmental joint dysfunction.

14. The above referenced injuries have and may continue to cause the plaintiff, KRISTEN MOTZER, pain, suffering, discomfort, anguish, emotion and physical distress, anxiety, aggravation and inconvenience.

15. The above referenced injuries that were sustained by the plaintiff, KRISTEN MOTZER, may, in whole or in part, be permanent in nature.

16. As a result of the above referenced injuries, the plaintiff, KRISTEN MOTZER, has been and may in the future be obliged to expend money and incur expenses for doctors, x-rays, physiotherapy, medicines and other medical care, attention and supplies.

17. On said date, the plaintiff, KRISTEN MOTZER, was gainfully employed and as a result of the aforementioned injuries was disabled and incapacitated from pursuing her usual or any employment for a period of time.

18. The above referenced injuries sustained by the plaintiff, KRISTEN MOTZER, have and may continue to impair her working and earning capacity.



LAW OFFICES • ALAN E. SILVER, P.C.
275 ORANGE STREET • NEW HAVEN, CONN. 06510 • (203) 787-0207 • JURIS NO. 57905

19. As a further result of the aforementioned injuries, the plaintiff, KRISTEN MOTZER, has been and may be limited in the enjoyment of the normal pursuits of her life..

**SECOND REQUEST** (As to National Railroad Passenger Corp.)

1-19. Paragraphs 1 through 19 of the FIRST COUNT are hereby incorporated and made corresponding paragraphs 1 through 19 of this, the SECOND COUNT.

THE PLAINTIFF CLAIMS:

Money damages within the jurisdiction of this Court.

Of this writ, with your doings thereon, make due service and return.

Dated at New Haven, Connecticut, this 26th day of June 2012.

BARRY N. SILVER
COMMISSIONER OF THE SUPERIOR COURT

A TRUE COPY ATTEST:
PAUL A. RUEL JR.
Connecticut State Marshal
New Britain, CT 06050-1675
(860) 229-5510

LAW OFFICES • ALAN E. SILVER, P.C.
275 ORANGE STREET • NEW HAVEN, CONN. 06510 • (203) 787-0207 • JURIS NO. 57905

LAW OFFICES • ALAN E. SILVER, P.C.
275 ORANGE STREET • NEW HAVEN, CONN. 06510 • (203) 787-0207 • JURIS NO. 57905

| | | |
|---|---|---|
| RETURN DATE: AUGUST 14, 2012 | : | SUPERIOR COURT |
| KRISTEN MOTZER | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| MICHAEL ALEXANDRE | : | JUNE 26, 2012 |

**STATEMENT OF DEMAND**

The plaintiff herein claims compensatory damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS.

THE PLAINTIFF,

BY:________________________
BARRY N. SILVER
Her Attorney
Juris NO. 57905

