UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTEN MOTZER, | Civil Action |
| Plaintiff, | |
| v. | No.: 3:12-CV-01080 (SRU) |
| MICHAEL ALEXANDRE and NATIONAL RAILROAD PASSENGER CORP., | August 15, 2012 |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed by and between counsel for all parties, that the above matter is dismissed in its entirety with prejudice, with each party to bear its own costs and attorneys fees.

LAW OFFICES OF ALAN E. SILVER, P.C.
Attorneys for Plaintiff
Kristen Motzer

BY: _____
Barry N. Silver

LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendants Michael Alexandre and National Railroad Passenger Corporation

BY: _____
Andrew B. Charkow
(CT27303)

527862.1 DocsNJ

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____
Andrew B. Charkow (CT27303)